(1)

2:19CV142

FILED
19 APR 15 PM 3:43
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

April 9, 2019 Psalms 129
Tuesday 1:15 p.m.

The Nature of My Complaint:

Since July 24th 2014, 2014,

I have been a victim of negligence from the Gary Police Department, Me & my father had a domestic violence situation, and I needed the Gary Police Department and I did not recieve the help that I needed from them.

My father was swinging at me like he was hitting a man. He'd accused me of stealing some tools out of his illegal mechanic shop. My mother was standing in front of me making sure he wouldn't hurt and hit me. I was in harm's way in my parent's home.

→

I went to a neighbor's house to call the Police and to no avail. Ted told the Police that I was crazy. Ted slightly hit me in my nose with the back of his hands, and he made my nose bleed some. The Gary Police came and they did not arrest him. I filed a police report and I made a complaint with the City of Gary to no avail. (I was the DAMN VICTIM.) OK?

The second incident December 11, 2018, My nephew died in Colorado and I was preparing for the funeral, and I had that family dramma, I was in a fight with my brother and his wife and dad, I could not call the Police because they wouldn't let me use the phone.

I had chest pains that sent me to the hospital. I spent one month. Dec. 11, 2018 - Jan. 11, 2019.

I called the Police to the hospital and told them what went on. They told me that I couldn't go back home.

By then, I felt like my rights were violated. I'd been there 3½ years, I have mail going to the house, I've paid rent month to month. I was violated because I wasn't the one who was starting the confusion. I was injured emotionally, mentally, financially, spiritually. The bond that I had with mom and dad was destroyed behind the younger siblings.

I wanted to go celebrate my nephew's homegoing, I had to eulogize his funeral, and my family took it all away. I am still hurting from it. He was my "Baby".

→

My father was trying to hit me again. I couldn't call for no help. I believed that in 2014, my dad paid the police not to put him in jail.

I regret that I was a victim three times.

The Gary Police Department came out to the house on three or four occaisions, to no avail, they were on his sides and not mines. I am very sorry to have endured these things with my dad & the Gary Police Department.

I am making a request to sue my parents for their house because I suffered greatly behind the dramma, I am also making a request that I am suing my brother for his house because it was a setup to put me out. And I shall not take no for an answer. I was mistreat while I was sick in their house. It shouldn't have been.

→ Please consider and accept my petition and my request; I am asking for a Public Defender and a jury for this case. Please accept my plea; God Bless You!
Minister Karla Linett Rogers


Karla Linett Rogers
509 West Ridge Road Apt #3
Gary, Indiana 46408
United States District Court
Northern District of Indiana
1300 South Harrison Street
Ft Wayne, Indiana 46802
SECURITY
SCREENED
BLACK HERITAGE
GREGORY HINES
usa forever