AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KARLA LINETT ROGERS
Ms
    Plaintiff

v.   **Civil Action No.**   2:19-cv-142

GARY POLICE DEPARTMENT THE
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Senior Judge James T. Moody.

DATE:   April 17, 2019          ROBERT TRGOVICH, CLERK OF COURT

                        by   s/N. Long
                        *Signature of Clerk or Deputy Clerk*